# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CR-00088-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JEFFREY DEMARTE JETER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Jail Time Credit (Doc. No. 39). For the reasons set forth below, Defendant's Motion is **DENIED WITHOUT PREJUDICE**.

It is well-settled that the Bureau of Prisons, on behalf of the Attorney General, is responsible for calculating federal terms of imprisonment, including computation of the amount of time-served credit due after the Bureau takes custody of the Defendant post-sentencing. United States v. Wilson, 503 U.S. 329, 331, 334–45 (1992).

Defendant believes the BOP has calculated his sentence incorrectly. However, this Court is not the proper forum for his claim. As the Fourth Circuit has explained, "A claim for credit against a sentence attacks the computation and execution of the sentence rather than the sentence itself. Judicial review must be sought under 28 U.S.C. § 2241 in the district of confinement rather than in the sentencing court." United States v. Miller, 871 F.2d 488, 490 (4th Cir. 1989); see also Fontanez v. O'Brien, 807 F.3d 84, 85 (4th Cir. 2015). Defendant is incarcerated at U.S. Penitentiary Hazelton in West Virginia, which is not within this District. Accordingly, Defendant's Motion for Jail Time Credit is **DENIED WITHOUT PREJUDICE** to being raised in the appropriate district.

1

**IT IS THEREFORE ORDERED** that Defendant's Motion for Jail Time Credit, (Doc. No. 39), is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 17, 2024

Frank D. Whitney
United States District Judge